■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PRISCO, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Rockland County (Nelson, J.), imposed August 2, 1988.

Ordered that the sentence is affirmed.

Under the circumstances, the sentence imposed by the court was not unduly harsh or excessive *(see, People v Suitte,* 80 AD2d 90). Thompson, J. P., Bracken, Brown, Sullivan and Rosenblatt, JJ., concur.